COMMONWEALTH OF MASSACHUSETTS

WORCESTER, SS.
SUPERIOR COURT
DEPT. OF THE
TRIAL COURT

04 11439 RWZ    NO. 89-1942 A

MAGISTRATE JUDGE Alexander

FRED A. KOZA,

    Plaintiff,

v.

ARA ERESIAN, JR., INDIVIDUALLY AND
AS TRUSTEE OF THE ERESIAN FAMILY
TRUST NUMBER TWO; FOUR COURTLAND
REALTY TRUST; NUMBER TEN BOURNE
REALTY TRUST; NUMBER TWENTY GUILD
REALTY TRUST; NUMBER TEN RIPLEY
STREET TRUST[1]; NUMBER TEN KING REALTY
TRUST; NUMBER FOURTEEN DUXBURY
REALTY TRUST, and KING REALTY TRUST;
EVELYN J. ERESIAN, MELANIE C. ERESIAN
and EVA MARIE ERESIAN,

    Defendants

RECEIPT # 56840
AMOUNT $150
SUMMONS ISSUED N/A
LOCAL RULE 4.1
WAIVER FORM
MCF ISSUED
BY DPTY CLK. TOM
DATE 6/23/04

---

[1] The Plaintiff has misnamed 'Number Ten Ripley Street Trust'; It should read "Number Ten Ripley Street Realty Trust'. It has also come to the attention of counsel since filing an amended responsive pleading on behalf of Evelyn J. Eresian, Melanie C. Eresian and Eva Marie Eresian that the Plaintiff has also misnamed 'Four Courtland Realty Trust'; it should read 'Number Four Courtland Realty Trust'.

## NOTICE OF REMOVAL

Pursuant to the provisions of 28 U.S.C. secs. 1332 and 1441, named Defendants Evelyn J. Eresian, Melanie C. Eresian and Eva Marie Eresian[2], joined by Ara Eresian, Jr., Individually and as Trustee of the Eresian Family Trust Number Two; [Number] Four Courtland Realty Trust; Number Ten Bourne Realty Trust; Number Twenty Guild Realty Trust; Number Ten Ripley Street [Realty] Trust; Number Ten King Realty Trust; Number Fourteen Duxbury Realty Trust, and King Realty Trust, hereby remove the above captioned action from the Superior Court Department of the Trial Court, Worcester Division, County of Worcester, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts – Eastern Division.

As grounds for this removal, the Defendants state the following:

1. The Plaintiff, Hampton Properties, LLC[3], is a Limited Liability Company duly organized and existing under the laws of the Commonwealth of Massachusetts with a usual place of business located at 51 Greenwood Street, County of Middlesex, Commonwealth of Massachusetts.

---

[2] The remaining named Defendants to this action, to wit: Ara Eresian, Individually and as Trustee of the various [real estate] Trusts set forth in the caption of this action have, by executing the same below, joined in and assented to the removal of this case.

[3] Although Hampton Properties, LLC has been previously substituted as the sole party plaintiff in the within action, the Defendants (other than Ara Eresian, Jr.) were never served with a copy of the motion seeking such substitution, and thus collectively, do not waive their right to subsequently challenge the substitution on due process grounds.

2. The Defendant, Evelyn J. Eresian, is a natural person with a residential address of 25 Westwood Road, Shrewsbury, County of Worcester, Commonwealth of Massachusetts.

3. The Defendant, Melanie C. Eresian, is a natural person with a residential address of 25 Westwood Road, Shrewsbury, County of Worcester, Commonwealth of Massachusetts.

4. The Defendant, Eva Marie Eresian, is a natural person with a residential address of 25 Westwood Road, Shrewsbury, County of Worcester, Commonwealth of Massachusetts.

5. The Defendant, Ara Eresian, Jr., is a natural person with a residential address of 25 Westwood Road, Shrewsbury, County of Worcester, Commonwealth of Massachusetts.

6. The Defendant, Ara Eresian, Jr., is [also] a named Trustee of various [real estate] Trusts, to wit: The Eresian Family Trust Number Two; Number Four Courtland Realty Trust; Number Ten Bourne Realty Trust; Number Twenty Guild Realty Trust; Number Ten Ripley Street [Realty] Trust; Number Ten King Realty Trust; Number Fourteen Duxbury Realty Trust and King Realty Trust.

7. Pursuant to the provisions of 28 U.S.C. sec. 1441(c), the aforementioned Defendants expect to bring a separate and independent claim or cause of action[4] which (i) would be removable if sued upon alone, (ii) will be joined with the within action, and (iii) when so joined, the controversy shall exceed $ 75,000.00, exclusive of interest and costs.

8. Thirty (30) days have not elapsed since a copy of the initial pleaing setting forth a claim for relief upon which such action or proceeding is based has been received by either Evelyn J. Eresian, Melanie C. Eresian or Eva Marie Eresian through service or otherwise, or within thirty (30) days after service of a summons upon any of them if such initial pleading has then been filed in court and is not required to be served.

For the foregoing reasons, the Defendants respectfully remove the within action to the United States District Court for the District of Massachusetts - Eastern Division from the Superior Court Department of the Trial Court, Worcester Division, County of Worcester, Commonwealth of Massachusetts.

---

[4] Evelyn J. Eresian, Melanie C. Eresian and Eva Marie Eresian have already served their claim for relief upon Hampton Properties, LLC in the form of a Declaratory Judgment action which seeks to determine, *inter-alia,* whether the assignment of the 'claim' originally held by Frad A. Koza against defendant Ara Eresian, Jr., Individually and as Trustee of the various named [real estate] trusts (to which each of them hold either a legal or beneficial interest) constitued a valid assignment.

The controversy presented in said action concerns, *inter-alia*, a **federal question involving federal substantive law** since Mr. Koza was previously a named debtor in the [bankruptcy] matter styled *In re* Fred A. Koza, United States Bankruptcy Court for the District of Massachusetts, Case No. 93-40386-JFQ and the 'claim', which had been listed in his schedules, had not been either administered or abandoned to Mr. Koza pursuant to existing federal law at the time of the alleged assignment to Hampton, and even continues to the present day to remain property of Mr. Koza's [bankruptcy] Estate.

4

EVELYN J. ERESIAN; MELANIE C. ERESIAN and EVA MARIE ERESIAN,

by their Attorney,

_____
Adrian A. Gaucher, Jr. (BBO #187040)
GAUCHER and GAUCHER
60 Hamilton Street
Southbridge, MA 01550-1808
Tel: (508)-764-3259

Date: June 22, 2004

ARA ERESIAN, JR., INDIVIDUALLY,

_____
Ara Eresian, Jr., PRO SE
P.O. Box 499
Shrewsbury, MA 01545
Tel: (508)-426-5374

Date: June 22, 2004

ARA ERESIAN, JR., TRUSTEE[5],

by: _____
Ara Eresian, Trustee, PRO SE
P.O. Box 499
Shrewsbury, MA 01545
Tel: (508)-426-5374

Date: June 22, 2004

---

[5] Of the various named Defendant [real estate] Trusts set forth in the caption of the case.

5

## CERTIFICATE OF SERVICE

I, Adrian A. Gaucher, Jr., hereby certify that on the 22nd. [23rd (orig.)] day of June, 2004, I served a copy of the within 'Notice of Removal', via first class mail, postage prepaid, upon the following parties/counsel of record/parties-in-interest thereto:

Mark S. Foss, Esquire
MacCarthy, Pojani & Hurley, LLP
446 Main Street – 21st. floor
Worcester, MA  01608


Ara Eresian, Jr., PRO SE
P.O. Box 499
Shrewsbury, MA  01545


Arthur P. Bergeron, Esquire
27 Prospect Street
Marlborough, MA  01757


Angelo P. Catanzaro, Esquire
Catnazaro & Allen, P.C.
100 Waverly Street
Ashland, MA  01721

_____
Adrian A. Gaucher, Jr.

6

JS-44
(Rev 3/99)

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

### I. (a) PLAINTIFFS
Fred A. Koza
(alleged successor-in-interest
Hampton Properties, LLC)

### DEFENDANTS
Ara Eresian, Jr., Individually and as
Trustee; Evelyn J. Eresian and
Eva Marie Eresian

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF: **Middlesex**
(EXCEPT IN U.S. PLAINTIFF CASES)

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT: **Worcester**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER) Tel: (508)-798-2480
Mark S. Foss, Esquire
MacCarthy, Pojani & Hurley, LLP
446 Main Street - 21st. floor, Worcester, MA 01608

ATTORNEYS (IF KNOWN) Tel: (508)-764-3259
Adrian A. Gaucher, Jr., Esquire
GAUCHER and GAUCHER
60 Hamilton Street
Southbridge, MA 01550-1808

### II. BASIS OF JURISDICTION (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 U.S. Government Plaintiff
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

### III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN "X" IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

### IV. NATURE OF SUIT (PLACE AN "X" IN ONE BOX ONLY)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury — Med. Malpractice | ☐ 620 Other Food & Drug | | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 423 Withdrawal 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 365 Personal Injury — Product Liability | ☐ 630 Liquor Laws | | ☐ 450 Commerce/ICC Rates/etc |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 640 R.R. & Truck | PROPERTY RIGHTS | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / PERSONAL PROPERTY | ☐ 660 Occupational Safety/Health | ☐ 830 Patent | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 370 Other Fraud | ☐ 690 Other | ☐ 840 Trademark | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 371 Truth in Lending | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | / ☐ 385 Property Damage Product Liability | | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS | ☐ 720 Labor/Mgmt. Relations | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| | | | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting / PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / ☐ 510 Motions to Vacate Sentence | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / HABEAS CORPUS: | ☐ 740 Railway Labor Act | FEDERAL TAX SUITS | |
| ☐ 240 Torts to Land | / ☐ 530 General | ☐ 790 Other Labor Litigation | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare / ☐ 535 Death Penalty | | | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 871 IRS — Third Party 26 USC 7609 | |
| | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

### V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☐ 1 Original Proceeding
- ☒ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

### VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

Declaratory Judgment - 28 USC sec. 2201, et seq.

### VII. REQUESTED IN COMPLAINT:
CHECK IF THIS IS A CLASS ACTION ☐ UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ YES ☐ NO

### VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE: June 22, 2004
SIGNATURE OF ATTORNEY OF RECORD: [signatures]

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

1. Title of case (name of first party on each side only) __Koza v. Eresian, et al__
   __(alleged successor-in-interest, Hampton Properties, LLC)__

2. Category in which the case belongs based upon the numbered nature of suit code listed on the civil cover sheet. (See local rule 40.1(a)(1)).

   ___   I.    160, 410, 470, R.23, REGARDLESS OF NATURE OF SUIT.

   _X_   II.   195, 368, 400, 440, 441-444, 540, 550, 555, 625, 710, 720, 730,
               740, 790, 791, 820*, 830*, 840*, 850, 890, 892-894, 895, 950.           *Also complete AO 120 or AO 121
                                                                                        for patent, trademark or copyright cases

   ___   III.  110, 120, 130, 140, 151, 190, 210, 230, 240, 245, 290, 310,
               315, 320, 330, 340, 345, 350, 355, 360, 362, 365, 370, 371,
               380, 385, 450, 891.

   ___   IV.   220, 422, 423, 430, 460, 510, 530, 610, 620, 630, 640, 650, 660,
               690, 810, 861-865, 870, 871, 875, 900.

   ___   V.    150, 152, 153.

3. Title and number, if any, of related cases. (See local rule 40.1(g)). If more than one prior related case has been filed in this district please indicate the title and number of the first filed case in this court.

   _____

4. Has a prior action between the same parties and based on the same claim ever been filed in this court?

   YES ☐   NO ☒

5. Does the complaint in this case question the constitutionality of an act of congress affecting the public interest? (See 28 USC §2403)

   YES ☐   NO ☒

   If so, is the U.S.A. or an officer, agent or employee of the U.S. a party?

   YES ☐   NO ☐

6. Is this case required to be heard and determined by a district court of three judges pursuant to title 28 USC §2284?

   YES ☐   NO ☒

7. Do all of the parties in this action, excluding governmental agencies of the united states and the Commonwealth of Massachusetts ("governmental agencies"), residing in Massachusetts reside in the same division? - (See Local Rule 40.1(d)).

   YES ☐   NO ☒

   A. If yes, in which division do all of the non-governmental parties reside?

      Eastern Division ☐   Central Division ☐   Western Division ☐

   B. If no, in which division do the majority of the plaintiffs or the only parties, excluding governmental agencies, residing in Massachusetts reside?

      Eastern Division ☒   Central Division ☐   Western Division ☐

8. If filing a Notice of Removal - are there any motions pending in the state court requiring the attention of this Court? (If yes, submit a separate sheet identifying the motions)

   YES ☐   NO ☒

(PLEASE TYPE OR PRINT)
ATTORNEY'S NAME   Adrian A. Gaucher, Jr.   (for Defendants Evelyn J. Melanie C. Eresian
ADDRESS           GAUCHER and GAUCHER - 60 Hamilton Street    Eva Marie Eresian and
                  Southbridge, MA  01550-1808                 Ara Eresian, Jr., Trustee)
TELEPHONE NO.     Tel: (508)-764-3259

                  Ara Eresian, Jr., PRO SE  (for Defendant Ara Eresian, Jr.,
                  P.O. Box 499                             Individually)
                  Shrewsbury, MA  01545
                  Tel: (508)-426-5374