UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL CASE NO. 04-11439-RWZ

| | |
|---|---|
| HAMPTON PROPERTIES, LLC, successor to FRED A. KOZA,<br>    Plaintiff<br><br>vs.<br><br>ARA ERESIAN, JR., individually and as Trustee of the ERESIAN FAMILY TRUST NUMBER TWO, FOUR COURTLAND REALTY TRUST, NUMBER TEN BOURNE REALTY TRUST, NUMBER TWENTY GUILD REALTY TRUST, NUMBER TEN RIPLEY STREET TRUST, NUMBER TEN KING REALTY TRUST, and NUMBER FOURTEEN DUXBURY REALTY TRUST, and KING REALTY TRUST<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF ISSUANCE OF ORDER FOR REMAND IN RELATED CASE**

Hampton Properties, LLC ("Hampton Properties") hereby notifies the Court that on or about July 2, 2004 United States District Court Judge F. Dennis Saylor issued his *Order For Remand* in a civil action then pending styled Hampton Properties, LLC v. Ara Eresian, Jr., Civil Action No. 04-40087. A copy of the foregoing order is submitted herewith as Exhibit 1 for the Court's convenience. The matter remanded by operation of the attached order is a "supplementary process" proceeding wherein Hampton Properties is seeking orders directing Ara Eresian, Jr. to make payments to Hampton Properties to be applied to the judgment entered in *this* case in July of 1990.

    Hampton Properties seeks no relief in this pleading. Rather this pleading was filed solely to advise the Court on matters which the Court may deem relevant to its decision on pending motions in this case.

HAMPTON PROPERTIES, LLC

By its attorneys:

_____
Mark S. Foss, BBO #561369
MacCarthy Pojani & Hurley
446 Main Street
Worcester, MA 01608
Tel: (508) 798-2480
Fax: (508) 797-9561

Dated: 7/9/04

UNITED STATES DISTRICT COURT FILED
DISTRICT OF MASSACHUSETTS CLERKS OFFICE

CIVIL ACTION NO. 04-11439-RWZ

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| HAMPTON PROPERTIES, LLC, successor to FRED A. KOZA,<br>　　　　Plaintiff<br><br>vs.<br><br>ARA ERESIAN, JR., individually and as Trustee of the ERESIAN FAMILY TRUST NUMBER TWO, FOUR COURTLAND REALTY TRUST, NUMBER TEN BOURNE REALTY TRUST, NUMBER TWENTY GUILD REALTY TRUST, NUMBER TEN RIPLEY STREET TRUST, NUMBER TEN KING REALTY TRUST, and NUMBER FOURTEEN DUXBURY REALTY TRUST, and KING REALTY TRUST<br>　　　　Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

### CERTIFICATE OF SERVICE

I, Mark S. Foss, hereby certify that I served a copy of the within Notice of Issuance of Order for Remand in Related Case by first-class mail, postage prepaid this 9th day of July, 2004 to the following parties:

Ara Eresian, Jr.
P.O. Box 499
Shrewsbury, Massachusetts 01545

Adrian A. Gaucher, Jr., Esq.
60 Hamilton Street
Southbridge, MA 01550-1808

_____
Mark S. Foss