**COMMONWEALTH OF MASSACHUSETTS**  FILED
COURT: U. S. District Court    CLERKS OFFICE

Suffolk, ss                                            Date of Service: June 25, 2004    2004 JUL 12  P 3: 49

International Strategies Group
    Plaintiff                                                U.S. DISTRICT COURT
                                                                                                  DISTRICT OF MASS

    vs.

Corporation of the BankHouse, et al
    Defendant                                            CA No. 02 CV 10532 RWZ

Citizens Bank of Massachusetts
    Trustee

## ANSWER OF TRUSTEE

    Citizens Bank of Massachusetts, 53 State Street, Boston, Massachusetts, summoned as trustee for the defendant, makes answer that at the time of this service of the summons upon trustee it had in its possession goods, effects and credits in the amounts as follows:

| Title | Balance Held |
|---|---|
| James Pomeroy | $6.20 |

Signed under oath this 6th day of July, 2004.

                                  CITIZENS BANK OF MASSACHUSETTS

By:  _____
                                  Donald J. Barry, Jr., BBO No. 031575
                                  Sr. Vice President-Attorney for Trustee
                                  Citizens Bank of Massachusetts
                                  53 State Street, MBS 840
                                  Boston, MA 02109
                                  (617) 725-5810

## CERTIFICATION

    I hereby certify that on July 6, 2004, I mailed a copy of the within answer to the plaintiff's attorney, Kathleen C. Stone, Looney, Cohen, Reagan & Aisenberg LLP, 109 State Street, Boston, MA 02109.

                                  _____
                                  Donald J. Barry, Jr.